# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13560-MDC

AMANDA M BAUM

221 W. WASHINGTON AVE

CLIFTON HEIGHTS, PA 19018-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    AMANDA M BAUM

    221 W. WASHINGTON AVE

    CLIFTON HEIGHTS, PA 19018-

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 8/26/2019

                                                          /S/ William C. Miller
                                                          _____
                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee