# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Amanda M. Baum <br>                            Debtor(s) <br><br> PENNSYLVANIA HOUSING FINANCE AGENCY, <br> its successors and/or assigns <br>                            Movant <br>      vs. <br> Amanda M. Baum <br>                            Debtor(s) <br><br> William C. Miller Esq. <br>                            Trustee | CHAPTER 13 <br><br> NO. 19-13560 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **August 6, 2019, docket number 23**.

                                                                     Respectfully submitted,

                                                  By: **/s/ Rebecca A. Solarz, Esquire**
                                                       Rebecca A. Solarz, Esquire
                                                       KML Law Group, P.C.
                                                       BNY Mellon Independence Center
                                                       701 Market Street, Suite 5000
                                                       Philadelphia, PA  19106
                                                       215-627-1322
                                                       Attorney for Movant/Applicant

January 8, 2020