**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13

**Baum, Amanda M.**

      **Debtor**

                         :       19-13560

**CERTIFICATE OF SERVICE OF
DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN**

I certify that on <u>March 10, 2020</u> the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's Second Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>March 10, 2020</u>

                               <u>"/s/"Mitchell J. Prince</u>
                               John L. McClain, Esquire
                               Mitchell J. Prince, Esquire
                               Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072