**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
   Baum, Amanda M.

      Debtor                                          : 19-13560

### ORDER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, this  9th  day of    June    , 2020, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $6,500.00 and $32.00 in expenses are **ALLOWED,** and the unpaid balance of $6,250.00 and $32.00 shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE