# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: AMANDA M. BAUM | : CHAPTER 13 |
| Debtor | : CASE NO. 19-13560-MDC |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : |
| Movant | : |
| vs. | : |
| AMANDA M. BAUM | : 11 U.S. Section 362 |
| Debtor | : |
| KENNETH E. WEST | : |
| Trustee | : |

## CERTIFICATION OF NO ANSWER

I, Leon P. Haller of Purcell, Krug & Haller, do certify that no Answer has been filed by either Respondent to the Motion of Pennsylvania Housing Finance Agency to Approve Loan Modification, heretofore filed in this proceeding on November 10, 2021, at Docket No. 64.

PURCELL, KRUG & HALLER

By: /s/ Leon P. Haller
Leon P. Haller, Esquire
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178
Attorney for Movant
Attorney ID #15700

Dated: November 29, 2021