UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Amanda M. Baum, | : | |
| Debtor. | : | Bankruptcy No.   19-13560-MDC |

# **O R D E R**

**AND NOW**, this 12th day of December 2021, it is hereby **ORDERED** that if Amanda M. Baum (the "Debtor") and Pennsylvania Housing Finance Agency ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtor shall (1) amend Schedules I and J to reflect any increase in monthly disposable income as a result of the loan modification, and (2) file an amended Chapter 13 plan reflecting the loan modification.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

John L. McClain, Esquire
John L. McClain & Associates, PC
P.O. Box 123
Narberth, PA 19072-0123

Leon P. Haller, Esquire
Purcell, Krug and Haller
1719 North Front Street
Harrisburg, PA 17102-2392

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912