**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Baum, Amanda M.

    Debtor : 19-13560

**CERTIFICATE OF SERVICE OF
NOTICE OF TERMINATION OF WAGE ORDER**

    I certify that on  November 18, 2022 , I mailed by regular first class mail and/or by electronic means a copy of the NOTICE OF TERMINATION OF WAGE ORDER filed by the court to the Debtor's employer listed below.

Dated: November 18, 2022

        "/s/" Mitchell J. Prince
        John L. McClain, Esquire
        Mitchell J. Prince, Esquire
        Attorneys for debtor

**JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072**

Meadow Springs Center
845 Germantwon Pike
Plymouth Meeting, PA 19462