Certificate Number: 03088-PAE-DE-036988300

Bankruptcy Case Number: 19-13560



03088-PAE-DE-036988300

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 18, 2022</u>, at <u>7:29</u> o'clock <u>PM CST</u>, <u>Amanda M Baum</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 18, 2022</u>          By:    <u>/s/Doug Tonne</u>

                                        Name:  <u>Doug Tonne</u>

                                        Title: <u>Counselor</u>