**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Baum, Amanda M. | : |
| Debtor(s) | : 19-13560 |
| | : |

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 22nd day of November 2022, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Meadow Springs Center to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Meadow Springs Center
845 Germantwon Pike
Plymouth Meeting, PA 19462


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Baum, Amanda M.

221 W. Washington Ave
Clifton Heights, PA 19018


Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106