United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13560-mdc |
| Amanda M. Baum | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 21, 2022 | Form ID: 138OBJ | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda M. Baum, 221 W. Washington Ave, Clifton Heights, PA 19018-2131 |
| 14335627 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14335628 | + | Joseph Mann & Creed, 20600 Chagrin Blvd Ste 5, Shaker Heights, OH 44122-5340 |
| 14343369 | + | Pennsylvania Housing Finance Agency, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14335633 | + | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 22 2022 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2022 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14371767 | + | Email/Text: bknotices@totalcardinc.com | Nov 22 2022 00:10:00 | Bank of Missouri, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14335625 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2022 00:19:49 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14369375 | | Email/PDF: bncnotices@becket-lee.com | Nov 22 2022 00:19:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14335626 | + | Email/PDF: pa_dc_ed@navient.com | Nov 22 2022 00:19:49 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 14367712 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 22 2022 00:10:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14335629 | ^ | MEBN | Nov 22 2022 00:09:48 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14335630 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 22 2022 00:10:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14376970 | | Email/PDF: pa_dc_ed@navient.com | Nov 22 2022 00:19:53 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14335632 | + | Email/Text: blegal@phfa.org | Nov 22 2022 00:10:00 | PA HOUSING FINANCE AGENCY-HEMAP, 211 NORTH FRONT STREET, HARRISBURG, PA 17101-1406 |
| 14371515 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2022 00:19:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14335631 | + | Email/Text: blegal@phfa.org | | |

Case 19-13560-mdc  Doc 82  Filed 11/23/22  Entered 11/24/22 00:34:05  Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 21, 2022 | Form ID: 138OBJ | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 22 2022 00:10:00 | Pa Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14354224 | + | Email/Text: blegal@phfa.org | Nov 22 2022 00:10:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14335634 | + | Email/Text: jaxbanko@td.com | Nov 22 2022 00:10:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14335635 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 22 2022 00:10:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14345913 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 22 2022 00:10:00 | Westlake Financial Services, 4751 Wilshire Blvd., Suite 100, Los Angeles, CA 90010-3847 |
| 14335636 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 22 2022 00:10:00 | Westlake Financial Srvs, Customer Care, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Debtor Amanda M. Baum aaamcclain@aol.com edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 21, 2022 | Form ID: 138OBJ | Total Noticed: 23

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Amanda M. Baum

        Debtor(s)                           Case No: 19−13560−mdc

                                          Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/21/22

80 − 72
Form 138OBJ